KML Law Group, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2007-4HE Asset-Backed Securities, Series 2007-4HE

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Jeannette Vega<br><br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 7<br>CASE NO. 19-15428 CMG<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:

Jeannette Vega
119 Dittmar Drive
Toms River, NJ 08757

Yakov Rudikh
Rudikh and Associates
223 Route 18 South, Suite 204
East Brunswick, NJ 08816

FROST, BARRY
3131 Princeton Pike
Suite 110, Building 5
Lawrenceville, NJ 08648

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102


PLEASE TAKE NOTICE THAT the undersigned attorney for **Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2007-4HE Asset-Backed Securities, Series 2007-4HE**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **U. S. Courthouse, 402 East State**

**Street; Trenton, NJ**, for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **119 Dittmar Drive, South Toms River NJ 08757**. The hearing on this matter is scheduled for **June 4, 2019 at 10:00 A.M.**

.

                                  **/s/ Denise Carlon, Esq.**
                                  Denise Carlon, Esquire
                                  Brian C. Nicholas, Esquire
                                  KML Law Group, P.C.
                                  216 Haddon Avenue, Suite 406
                                  Westmont, NJ 08108
                                  (215) 627-1322
                                  dcarlon@kmllawgroup.com
                                  Attorney for Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2007-4HE Asset-Backed Securities, Series 2007-4HE

Dated:  April 25, 2019