UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on June 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeannette Vega

| | |
|---|---|
| Case No.: | 19-15428-CMG |
| Hearing Date: | 6/4/19 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2019**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  Denise E. Carlon on behalf of Deutsche Bank National Trust Company, , under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☒  Real property more fully described as:

119 Dittmar Drive,
Toms River, NJ 08757

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*