# BARRY W. FROST, CHAPTER 7 TRUSTEE

3131 Princeton Pike, Bldg. 5, Suite 110

Lawrenceville, NJ  08648

(609) 890-1500

June 28, 2019

Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

      Re:  JEANNETTE VEGA
           Case Number: 19-15428-CMG

Dear Ms. Naughton:

     In response to the Court's memo to trustee requesting no asset report, please be advised that I am attempting to obtain documentation to determine if there are any potential assets to pursue on behalf of the bankruptcy estate.  I estimate that I will be able to close this case by August 31, 2019.

                                Very truly yours,

                                /s/*Barry W. Frost*
                              BARRY W. FROST