UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jeannette Vega

Case No.: 19-15428
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Barry W. Frost__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __August 6, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 119 Dittmar Drive<br>Toms River, NJ<br>Value: $177,988.00 |
|---|---|

| Liens on property: | Specialized Loan Servicing<br>$270,866.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost, Chapter 7 Trustee
Address: 3131 Princeton Pike, Bldg 5, Suite 110
Telephone No.: (609) 890-1500

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-15428-CMG
Jeannette Vega                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2           Date Rcvd: Jul 09, 2019
                             Form ID: pdf905            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Jeannette Vega,    119 Dittmar Drive,    Toms River, NJ 08757-5202
518124899      +Amex/dsnb,    Po Box 8218,    Mason, OH 45040-8218
518124901      +Cap1/justice,    Po Box 30253,    Salt Lake City, UT 84130-0253
518124902      +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
518124905      +Comenitycb/myplacerwds,     Po Box 182120,    Columbus, OH 43218-2120
518124906      +Deutsche Bank National,     1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
518124908      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
518124913     #+McCalla Raymer Leibert Pierce, LLC,     99 Wood Ave Suite 803,    Iselin, NJ 08830-2713
518124914      +New Jersey Division of Taxation,     P.O. Box 046,    Trenton, NJ 08646-0046
518124915      +Ocean County Chancery Division,     206 Court House Ln,    Toms River, NJ 08753-7612
518124916      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518134656      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2019 23:56:55
                 BMW Bank of North America,    AIS Portfolio Services, LP,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518124900       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 09 2019 23:58:13        Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
518124903      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 23:55:13        Comenitybank/ny&co,
                 Po Box 182789,    Columbus, OH 43218-2789
518124904      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 23:55:13        Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518124907      +E-mail/Text: bknotice@ercbpo.com Jul 09 2019 23:55:40        Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518124910       E-mail/Text: cio.bncmail@irs.gov Jul 09 2019 23:54:52        Internal Revenue Service,
                 44 South Clinton Ave.,    Trenton, NJ 08601
518124912      +E-mail/Text: bncnotices@becket-lee.com Jul 09 2019 23:54:41        Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518124917      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 09 2019 23:53:46
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518124911*    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,     P.O. Box 9052,    Andover, MA 01810)
518124909*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                        Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: pdf905             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
          Barry   Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com;frost@remote7solutions.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, on behalf of the holders of the Terwin Mortgage Trust 2007-4HE Asset-Backed Securities,
           Series 2007-4HE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, on behalf of the holders of the Terwin Mortgage Trust 2007-4HE Asset-Backed Securities,
           Series 2007-4HE rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov  Rudikh    on behalf of Debtor Jeannette   Vega yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 5
```